UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-01621-CBS

DOROTHY K. SMITH,

    Plaintiff,

v.

AURORA PUBLIC SCHOOLS;
BOARD OF EDUCATION of AURORA PUBLIC SCHOOLS;
RICO MUNN, Superintendent of Aurora Public Schools;
BRIAN DUWE, Principal of Aurora West College Preparatory Academy;
DENISE LUCERO/CORDOVA, administrative staff member of Aurora Public Schools;
MICHELLE SPIKES, individually; and
AURORA EDUCATION ASSOCIATION.

    Defendants.

## ORDER TO DISMISS WITHOUT PREJUDICE

The court having reviewed Plaintiff's Motion to Dismiss, Without Prejudice, Defendant Michelle Spikes (filed August 28, 20150 (Doc. # 16) and being sufficiently advised in the premises, IT IS ORDERED that the Motion is granted and Defendant Michelle Spikes is dismissed without prejudice from this civil action.

Dated this 28th day of August, 2015.

BY THE COURT:

_____
Magistrate Judge Craig B. Schaffer